| | |
|---|---|
| JEAN RILEY | NO. 21-CA-55 |
| VERSUS | |
| PARISH OF JEFFERSON, JEFFERSON | FIFTH CIRCUIT |
| PARISH HOSPITAL SERVICE DISTRICT NO. | |
| 2, PARISH OF JEFFERSON, STATE OF | COURT OF APPEAL |
| LOUISIANA, D/B/A EAST JEFFERSON | |
| GENERAL HOSPITAL, JEFFERSON | STATE OF LOUISIANA |
| RADIATION ONCOLOGY, LLC, AND XYZ | |
| INSURANCE COMPANY | |

ON APPEAL FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, STATE OF LOUISIANA
NO. 761-382, DIVISION "D"
HONORABLE SCOTT U. SCHLEGEL, JUDGE PRESIDING

May 19, 2021

**STEPHEN J. WINDHORST**
**JUDGE**

Panel composed of Judges Fredericka Homberg Wicker,
Robert A. Chaisson, and Stephen J. Windhorst

**APPEAL DISMISSED**

    **SJW**
    **FHW**
    **RAC**

**WINDHORST, J.**

In this personal injury matter, plaintiff, Jean Riley, appeals the trial court's judgment granting the motion for summary judgment filed by defendant, Jefferson Parish Hospital Service District No. 2, Parish of Jefferson, State of Louisiana d/b/a East Jefferson General Hospital ("EJGH"), and dismissing her claims with prejudice. For the reasons that follow, we dismiss this appeal.

On November 19, 2020, Ms. Riley filed a motion for appeal in the 24th Judicial District Court seeking to appeal the trial court's November 2, 2020 judgment granting defendant's motion for summary judgment. On November 20, 2020, the trial court granted Ms. Riley's motion for appeal, and the record was lodged in this Court on February 5, 2021. This Court notified the parties that the record had been lodged and also informed them of the due dates for the appellate briefs. Ms. Riley was informed that her appellate brief was due on March 2, 2021. Ms. Riley did not file a brief by this deadline, nor did she file a motion for extension of time to file a brief.

On March 12, 2021, this Court sent Ms. Riley a letter informing her that the time delays for filing her appellate brief had passed and notifying her that the appeal would be dismissed as abandoned if her brief was not filed by April 12, 2021. To date, Ms. Riley has not filed a brief.

La. U.R.C.A., Rule 2-8.6 provides as follows:

> For civil appeals, if an appellant does not file a brief within the time prescribed by Rule 2-12.7 or any extension thereof granted by the court as provided by Rule 2-12.8, a notice shall be transmitted by the clerk to counsel for the appellant, or to the appellant if not represented, that the appeal shall be dismissed 30 days thereafter unless a brief is filed in the meantime. If an appellant does not file a brief within 30 days after such notice is transmitted, the appeal shall be dismissed as abandoned. Provided, however, that irrespective of the time limit provided in Rule 2-12.7 for the appellee to file a brief, the appellee's brief shall be filed within 20 days from the due date shown on the notice of abandonment.

On March 12, 2021, this Court sent the required notice to counsel for Ms. Riley informing counsel that if a brief was not filed by April 12, 2021, the appeal would be dismissed as abandoned. See LaFrance v. LaFrance, 15-508 (La. App. 5 Cir. 02/17/16), 186 So.3d 797. No brief was filed by this deadline. Ms. Riley has indicated no intent to pursue her appeal. Accordingly, this Court deems Ms. Riley's appeal abandoned and declares it dismissed under La. U.R.C.A., Rule 2-8.6.

**APPEAL DISMISSED**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF JUDGMENT AND CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN DELIVERED
IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 2-16.4 AND 2-16.5** THIS DAY
**MAY 19, 2021** TO THE TRIAL JUDGE, CLERK OF COURT, COUNSEL OF RECORD AND ALL PARTIES NOT
REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 21-CA-55

**E-NOTIFIED**

24TH JUDICIAL DISTRICT COURT (CLERK)
HON. SCOTT U. SCHLEGEL (DISTRICT JUDGE)
MATTHEW A. SHERMAN (APPELLEE)

**MAILED**

EDWARD J. WOMAC, JR. (APPELLANT)
MATTHEW SUTTON (APPELLANT)
ATTORNEYS AT LAW
3501 CANAL STREET
NEW ORLEANS, LA 70119

NICHOLAS R. VARISCO (APPELLEE)
ATTORNEY AT LAW
ONE GALLERIA BOULEVARD
SUITE 1100
METAIRIE, LA 70001